**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **DANIEL EDUARDO DELGADO AZUAJE,** | § | |
| **Petitioner,** | § | |
| | § | |
| | § | **EP-26-CV-01980-DB** |
| **v.** | § | |
| | § | |
| **WARDEN**, *ERO El Paso Camp East Montana, et al.*, | § | |
| **Respondents.** | § | |

## ORDER ON MOTION FOR ADMISSION PRO HAC VICE

On this day, the Court considered Attorney Daniel Joseph Ortiz, II's ("Attorney Ortiz") motions for admission pro hac vice, ECF Nos. 2 and 6, filed in Petitioner Daniel Eduardo Delgado Azuaje's above-captioned case. Therein, Attorney Ortiz "moves this Court to grant admission to the . . . Western District of Texas pro hac vice to represent [Petitioner] Daniel Eduardo Delgado Azuaje in this case." ECF No. 2 at 1, ECF No. 6 at 1. Attorney Ortiz also advises they have previously applied for and been granted admission to appear pro hac vice in this district in another case. ECF No. 2 at 2, ECF No. 6 at 2. Because Attorney Ortiz has previously been admitted pro hac vice to the Western District of Texas, in order to appear on any other cases, they must apply for formal admission to the Western District of Texas. To date, Attorney Ortiz has not advised this Court they have applied for formal admission into the Western District of Texas. After due consideration, the motions are denied.

Accordingly, **IT IS HEREBY ORDERED** that Attorney Ortiz's motions for admission pro hac vice, ECF Nos. 2 and 6, are **DENIED**.

**IT IS FURTHER ORDERED** that Attorney Ortiz not be allowed to appear in this instant action until admitted formally, or until their application for admission to practice in the Western District of Texas has been submitted.

**IT IS FURTHER ORDERED** that should Attorney Ortiz choose to apply for formal admission to practice in the Western District of Texas, they are permitted to refile an amended motion for admission pro hac vice in this case that also notifies the Court of such application.

**IT IS FINALLY ORDERED** that the District Clerk's Office for the Western District of Texas **SEND** via certified mail a copy of this instant order to Attorney Ortiz at the following address: 570 Colonial Park Drive, Roswell, Georgia 30075 or the address on file.

**SIGNED** this **3rd** day of **August 2026**.

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**