**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **DANIEL EDUARDO DELGADO AZUAJE,** | § | |
| **Petitioner,** | § | |
| | § | **EP-26-CV-01980-DB** |
| **v.** | § | |
| | § | |
| **WARDEN**, *ERO El Paso Camp East Montana*, *et al.*, | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the above-captioned case. On July 24, 2026, Petitioner Daniel Eduardo Delgado Azuaje filed a "Petition for Writ of Habeas Corpus Under § 2241 and Complaint for Declaratory and Injunctive Relief," ECF No. 1, asking the Court to order his immediate release. Respondents filed their response, ECF No. 9, on July 31, 2026. Therein, Respondents state Petitioner is subject to an administratively final order of removal and has been in post-order removal detention since June 2, 2026. ECF No. 9 at 2–3. At this time, the Court reserves ruling on the merits of Petitioner's writ. However, based on the facts alleged, the Court finds good cause exists to temporarily lift the stay of removal issued by this Court on July 28, 2026, in ECF No. 4.

Accordingly, **IT IS HEREBY ORDERED** this Court's order to "NOT (1) remove or deport Petitioner from the United States, or (2) transfer Petitioner from any facility outside the boundaries of the El Paso Division of the Western District of Texas, until the Court orders otherwise or this case is closed" issued on July 28, 2026, in ECF No. 4, is **LIFTED** until December 2, 2026, at 11:59 p.m.

**IT IS FURTHER ORDERED** this Court's order to "NOT (1) remove or deport Petitioner from the United States, or (2) transfer Petitioner from any facility outside the boundaries of the El Paso Division of the Western District of Texas, until the Court orders otherwise or this case is closed" issued on July 28, 2026, in ECF No. 4, is **AUTOMATICALLY REINSTATED** at 12:00 a.m. on December 3, 2026.

**IT IS FURTHER ORDERED** Respondents **SHALL FILE** a status advisory either (1) advising removal from the United States was effectuated, or (2) advising of Petitioner's custody status as well as the status of removal efforts, including but not limited to all steps taken to effectuate removal and any impediments to date **no later than December 4, 2026**.[1]

**IT IS FINALLY ORDERED** the District Clerk's Office **SHALL MAIL** a copy of this order to Petitioner's address on file.

**SIGNED** this **5th** day of **September 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**

[1] The parties are advised that if any of the deadlines ordered herein fall on a Saturday, Sunday, or legal holiday, the compliance period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday.