**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **DANIEL EDUARDO DELGADO AZUAJE,** | § | |
| **Petitioner,** | § | |
| | § | **EP-26-CV-01980-DB** |
| **v.** | § | |
| | § | |
| **WARDEN**, *ERO El Paso Camp East Montana*, *et al.*, | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

On September 14, 2026, the Court entered an order dismissing all claims in the above-captioned case. The Court now enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** the above-captioned case is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** the District Clerk's office **SHALL CLOSE** this case.

**SIGNED** this **14th** day of **September 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**